# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRENDA RAMIREZ,** ) | |
| ) | |
| Plaintiff, ) | Case No.  12-CV-1460 |
| ) | |
| vs. ) | |
| ) | |
| **MID CONTINENT CREDIT SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, in person and *pro se*, and  Defendant, by and through counsel of record, and in accordance with settlement of the above-referenced matter, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) stipulate and agree that all claims filed in the above-captioned cause should be DISMISSED with prejudice and at Plaintiff's costs.

*McDowell Rice Smith & Buchanan P.C.*


By: s/ Louis J. Wade
      Louis J. Wade  #13042
      Skelly Building, Suite 350
      605 W 47th Street
      Kansas City, MO  64112
      (816) 960-7369 FAX (816) 753-9996
      Email:  lwade@mcdowellrice.com
ATTORNEY FOR DEFNDANT


S/Brenda Ramirez
Brenda Ramirez
4624 Waterford Dr.
Ft. Worth, TX  76179
PLAINTIFF, *Pro Se*

KSW 12-01957-0